UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| NORMA JEAN ROGERS ) | |
| ) | 1:12-CV-112 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| LIFE CARE CENTERS OF ) | |
| AMERICA, INC. ) | |

## JUDGMENT ORDER

Before the Court is Defendant Life Care Centers of America, Inc.'s ("Life Care") motion to dismiss (Court File No. 40) and motion for summary judgment (Court File No. 38). Plaintiff responded to both motions (Court File Nos. 44, 45). For the reasons discussed in this order's accompanying memorandum, the Court **GRANTS** Life Care's motion to dismiss (Court File No. 40). Plaintiff's Title VII claims are **DISMISSED**. The Court also **GRANTS** Defendant's motion for summary judgment as to Plaintiff's other claims (Court File No. 38). Because no further matters remain for adjudication, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT